No. 8818.
Orleans Appeal.

WILLIAM H. FISHER ET AL., Appellant,
v. N. O. TRUCK & DRAYAGE CO., INC.

(February 2, 1925, Opinion and Decree.)

*(Syllabus by the Court.)*

1. Louisiana Digest, Appeal—Par. 544, 625.
Where counsel for appellant fails to appear
at the hearing in this court and files no
brief, there is a strong presumption
that the findings of fact by the trial
court are correct.

Appeal from Civil District Court, Hon.
Percy Saint, Judge.

There was judgment for defendant and
plaintiff appealed.

Judgment affirmed.

Gerault Farrar, Maurice Wolfe, attorneys
for plaintiff and appellant.

F. C. Querens, F. Rivers Richardson, Higgins, McGee & Dobbins, attorneys for defendant and appellee.

WESTERFIELD, J. This is a controversy over the ownership of an automobile
truck and trailer.

Wm. H. Fisher, the receiver of the N. O.
Truck & Drayage Co., applied for and obtained an order of Court authorizing the
sale of certain assets of the insolvent corporation for the purpose of paying claims.
Among the assets which the receiver proposed to sell was a truck and trailer.
Joseph Grefer promptly intervened and obtained an injunction upon the ground that
the truck and trailer was his property.
From a judgment perpetuating the injunction the receiver has appealed.

We were not favored with oral argument
or brief on behalf of appellant, whose counsel did not appear at the hearing of the
case in this court. The record is not mutely eloquent of appellant's contention and
we see no reason to disturb the finding
of fact by the trial court. The judgment
appealed from is affirmed.